AO 93 (Rev 11/13) Search and Seizure Warrant



# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 22-1395 (M)
INFORMATION ASSOCIATED WITH THE CELLULAR )
DEVICE IN ATTACHMENT A )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____-_____ District of _____Puerto Rico_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____December 1, 2022_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the Clerk's Office.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/17/2022  11:05 am                              *Digitally signed by Hon. Camille L. Vélez-Rivé*

City and state: San Juan, Puerto Rico                Hon. Camille Vélez-Rivé U.S. Magistrate Judge
                                                                *Printed name and title*

# Return

| Case No.: 22-1395 | Date and time warrant executed: 11-08-2022 10:30 AM | Copy of warrant and inventory left with: (HSI) Alexander Tirado Diaz |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

(1) Apple iPhone Cellphone, black in color, with a transparent brown color case, wich SIM card Claro 4G lite number 8 9011 1002 1 2251 421 898

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11-23-2022

TFO *[signature]*
Executing officer's signature

TFO Charlies Vega
Printed name and title